AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
CLERKS OFFICE
2003 DEC 23 A 10: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

DISTRICT OF __MASSACHUSETTS__

JAGUAR CARS, A Division of the Ford
Motor Company,

    Plaintiff,

V.

LEE IMPORTED CARS, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 cv 12532 RGS**

TO: (Name and address of defendant)

    Lee Imported Cars, Inc.
    962 Worcester Road
    Wellesley, MA  02482-3725

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Sarah C. Kellogg, Esq.
    KIRKPATRICK & LOCKHART LLP
    75 State Street
    Boston, MA  02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DEC 17 2003
DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/18/03 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James J. Murray | Process Server |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: Lee Imported Cars, Inc. at 962 Worcester Road, Wellesley, MA. Accepted by Nick Simonetti as person in Charge at the time of service.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/03
            Date                    Signature of Server

6 Beacon Street, Suite 825
Address of Server
Boston, MA 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*Filed in Clerk's Office, 2003 OCT 23 A 10:37, U.S. District Court, District of Mass.*