UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAGUAR CARS, a Division of the Ford Motor Company,
        Plaintiff,

v.

LEE IMPORTED CARS, INC.,
        Defendant.

Civil Action No. 03CV12532RGS

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant hereby moves, pursuant to Fed. R. Civ. P. Rule 6(b), that the time within which Defendant may file an answer or other responsive pleading to the Complaint be extended through and including January 21, 2004. As grounds therefor, Defendant states that it desires additional time to review the Complaint and to consult with counsel as it received service of the Complaint during the holiday season. Plaintiff's counsel has assented to this Motion.

Defendant,
LEE IMPORTED CARS, INC.,
By its attorneys,

/Jason A. Manekas, Esquire, BBO No. 632073
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone: (617) 790-3000
Facsimile: (617) 790-3300

- 2 -

ASSENTED TO:
Plaintiff,
JAGUAR CARS, a Division of the Ford Motor
Company,
By its attorneys,

_Sarah C. Kellogg_
Sarah C. Kellogg, Esquire, BBO No. 637530
Kirkpatrick & Lockhart LLP
75 State Street
Boston, Massachusetts 02109
Telephone: (617) 951-9079

Dated: January 6, 2004
#282373 v1/24440/4802