UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAGUAR CARS, a Division of the Ford Motor Company,<br>　　　　　Plaintiff,<br><br>v.<br><br>LEE IMPORTED CARS, INC.,<br>　　　　　Defendant. | Civil Action No. 03CV12532RGS |

FILED
[CLERK'S OFFICE]

2004 JAN -6  P 1:31

U.S. DISTRICT COURT
DISTRICT OF MASS.

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Lee Imported Cars, Inc. states that it is a nongovernmental party, has no parent company, and that no publicly held company owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　Defendant,
　　　　　　　　　　　　　　　　　　　LEE IMPORTED CARS, INC.,
　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　/s/ Jason A. Manekas
　　　　　　　　　　　　　　　　　　　Jason A. Manekas, Esquire, BBO No. 632073
　　　　　　　　　　　　　　　　　　　Bernkopf, Goodman & Baseman LLP
　　　　　　　　　　　　　　　　　　　125 Summer Street, Suite 1300
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　Telephone:　(617) 790-3000
　　　　　　　　　　　　　　　　　　　Facsimile:　(617) 790-3300

Dated: January 6, 2004
#282414 v1/24440/4802