UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAGUAR CARS, a Division of the Ford Motor Company, <br><br> Plaintiff, <br><br> v. <br><br> LEE IMPORTED CARS, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03CV12532RGS <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

The undersigned counsel hereby notifies this Court and counsel for all parties of his appearance in the above-captioned action on behalf of Defendant Lee Imported Cars, Inc.

Defendant,
LEE IMPORTED CARS, INC.,
By its attorneys,

/Jason A. Manekas, Esquire, BBO No. 632073
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:   (617) 790-3000
Facsimile:    (617) 790-3300

Dated: January 6, 2004
#282416 v1/24440/4802