UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAGUAR CARS, A Division of the Ford Motor Company,<br><br>    Plaintiff,<br><br>v.<br><br>LEE IMPORTED CARS, INC.,<br><br>    Defendant. | Civil Action No. 03CV12532 RGS |

**ASSENTED TO MOTION FOR ENLARGEMENT
OF TIME TO REPLY TO DEFENDANT'S COUNTERCLAIMS**

The plaintiff, Jaguar Cars, hereby moves, pursuant to Fed. R. Civ. P. Rule 6(b), for an enlargement of the time for it to move, reply or otherwise respond to Defendant's Counterclaims, up to and including February 27, 2004. In support of this motion, Plaintiff states that the defendant received a similar extension of the time to answer and has assented to this brief extension of time.

                                        JAGUAR CARS, A Division of the Ford
                                        Motor Company,

                                        By its attorneys,

                                        /s/ Sarah C. Kellogg
                                        Sarah C. Kellogg (BBO# 637530)
                                        KIRKPATRICK & LOCKHART LLP
                                        75 State Street
                                        Boston, Massachusetts 02109
                                        (617) 261-3100

                                        KIRKPATRICK & LOCKHART LLP
                                        Carl J. Chiappa
                                        John J. Sullivan
                                        599 Lexington Avenue
                                        New York, New York 10022-6030
                                        (212) 536-3900

ASSENTED TO:

LEE IMPORTED CARS, INC.,
By its attorneys,

*Jason A. Manekas (sck)*
Jason A. Manekas (BBO No. 632073)
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
(617) 790-3000

Dated: February 13, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/~~by hand~~.

Dated: 2/13/04

2