UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------x

JAGUAR CARS, A Division of the Ford Motor
Company,

                                                    Civ. No. 03CV12532RGS

            Plaintiff,

      - against -

LEE IMPORTED CARS, INC.,

            Defendant.

-----------------------------------------------------x

## PLAINTIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

        Plaintiff Jaguar Cars, a Division of the Ford Motor Company ("Jaguar"), by its undersigned counsel, hereby affirms that it has conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                            JAGUAR CARS, A DIVISION OF THE FORD
                                            MOTOR COMPANY

                                            By its attorneys,

                                            _____
                                            Sarah Kellogg
                                            KIRKPATRICK & LOCKHART LLP
                                            75 State Street
                                            Boston, Massachusetts 02109
                                            (617) 261-3100

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/~~by hand~~.

Dated: 3/4/04    _____

By its authorized representative,

_____
Mark Redman, General Counsel
Jaguar Cars, a Division of the Ford
   Motor Company