UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAGUAR CARS, a Division of the Ford Motor Company,<br>　　　Plaintiff,<br><br>v.<br><br>LEE IMPORTED CARS, INC.,<br>　　　Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOHN DOE,<br>　　　Being the Fictitious Name of<br>　　　Third-Party Defendant. | Civil Action No. 03CV12532RGS |

## LEE IMPORTED CARS, INC.'S CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Lee Imported Cars, Inc. and its counsel, Jason A. Manekas, Esquire, affirm that they have discussed a budget for the costs of conducting the full course – and various alternative courses – of litigation and have discussed alternative dispute resolution options.

LEE IMPORTED CARS, INC.,
By its attorneys,

_____
Jason A. Manekas, Esquire, BBO No. 632073
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:　(617) 790-3000
Facsimile:　(617) 790-3300

LEE IMPORTED CARS, INC.,

By: _____
　　Christopher J. Lee, President

Dated: March 4, 2004
#285808 v1/24440/4802

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAGUAR CARS, a Division of the Ford Motor Company,<br>  Plaintiff,<br><br>v.<br><br>LEE IMPORTED CARS, INC.,<br>  Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOHN DOE,<br>  Being the Fictitious Name of<br>  Third-Party Defendant. | Civil Action No. 03CV12532RGS |

## CERTIFICATE OF SERVICE

I, Jason A. Manekas, hereby certify that a copy of Lee Imported Cars, Inc.'s Certification Pursuant to Local Rule 16.1(D)(3) was served upon Sarah C. Kellogg, Esquire, Kirkpatrick & Lockhart LLP, 75 State Street, Boston, Massachusetts 02109 via first class, postage prepaid, mail on this 4th day of March 2004.

Signed under the pains and penalties of perjury this 4th day of March 2004.

                  Jason A. Manekas

#285989 v1/24440/4802