**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**JAGUAR CARS**

    **V.**                                              **CIVIL ACTION NO. 03-12532-RGS**

**LEE IMPORTED CARS, INC.**

# NOTICE OF HEARING

**STEARNS, DJ.**                                                                          **APRIL 14, 2004**

**A HEARING\* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:**

**THURSDAY, MAY 13, 2004 AT 2:15 P.M.**

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    **SO ORDERED.**

                                                    **RICHARD G. STEARNS**
                                                    **UNITED STATES DISTRICT JUDGE**

    **BY:**

                                               **/s/ Mary H. Johnson**
                                                  **Deputy Clerk**

**\*To Be Heard: Pltf's Motion for SJ (#10).**