# **EXHIBIT B**

QUITCLAIM DEED

I, Limin Nelson Yeh, of Dedham, Norfolk County, Massachusetts, for consideration of $220,000.00 paid, grant to Hilltop Gardens Investment LLC, a Massachusetts limited liability company, having an address c/o Kiely & Company, LLC, 171 Main Street, P.O. Box 432, Cotuit, MA 02635, with QUITCLAIM COVENANTS

The Condominium Unit known and numbered as Unit K-1, Hilltop Gardens Condominium, Norwood, Norfolk County, Massachusetts, with a post office address of 213 Rock Street, Unit K-1, Norwood, MA 02062.

Said Condominium was created by Master Deed dated January 24, 1986 and recorded with the Norfolk County Registry of Deeds on January 27, 1986 at Book 6932, Page 272, as amended of record, in accordance with and subject to the provisions of Massachusetts General Laws Chapter 183A.

The Unit contains 885 square feet and an undivided percentage interest of 0.656 % in the common areas and facilities.

The Unit contains the above area and is laid out as shown on the plan attached to the first deed of the Unit recorded with said Deeds at Book 7576, Page 678, which plan is a copy of a portion of the plans filed with the Master Deed, as amended, and to which is affixed a verified statement in the form provided for in Massachusetts General Laws Chapter 183A, Section 9.

The Unit is conveyed together with the above listed percentage interest in the common areas and facilities of the Condominium as described in said Master Deed, as amended and in the Hilltop Gardens Condominium Trust under Declaration of Trust dated January 24, 1986 and recorded with said Deeds at Book 6932, Page 304.

Said Unit is to be used only for residential purposes and for no other purposes unless expressly permitted by the Condominium Trustees in accordance with the provisions of said Trust. Said Unit is also conveyed subject to all easements, restrictions, building and zoning laws, agreements, rights of way, and encumbrances of record to the extent in force and applicable.

Being the same premises conveyed by deed dated April 26, 2002 recorded said Deeds at Book 16550, Page 520.

Witness my hand and seal this 14TH day of January 2004.

_____
Limin Nelson Yeh

Property address: Unit K-1, 213 Rock Street, Norwood, MA

<u>MEMBER's CONSENT</u>

The undersigned, being the holder of all of the membership interest in Hilltop Gardens Investment LLC, a Massachusetts limited liability company (the "Company") hereby consent to the following action:

The Company shall enter into a secured loan transaction with Banknorth, N.A. the "Lender") in the amount of $177,600.00 (the "Loan"), which Loan shall be secured by a Mortgage and other collateral relating to the property owned by the Company known as Unit K-1, 213 Rock Street, Hilltop Gardens Condominium, Norwood, MA 02062 (the "Property"); and in connection therewith, Frederick Kiely, Manager of the Company, is hereby authorized to act in the name and on behalf of the Company in connection with the Loan, to execute, acknowledge, and deliver a Note, Mortgage, and UCC Financing Statements and any and all other documents, instruments, and agreements requested by Lender in connection with the Loan, all of which documents and instruments shall be in such form and contain such terms and provisions as may be approved by Frederick Kiely in his sole and absolute discretion.

EXECUTED as an instrument under seal this 15th day of January, 2004.

_____
Christopher J. Lee, Member


280656