# **<u>EXHIBIT C</u>**



Send To Printer  Back To Directions

**Start:** Wellesley, MA
02482-3725 US

**End:** 449 Neponset St
Norwood, MA
02062-4919 US

**Distance:** 14.74 miles

**Total Estimated Time:** 19 minutes



THE DYMO® LABELWRITER® PRINTER
FAST LABELS FOR PACKAGES
DYMO SAVES YOU TYMO

| Directions | Distance |
|---|---|
| 1. Start out going East on MA-9 E/WORCESTER ST toward DALE ST. | 4.5 miles |
| 2. Merge onto I-95 S/MA-128 S toward DEDHAM/CAPE COD. | 7.4 miles |
| 3. Merge onto US-1 S/PROVIDENCE HWY via exit number 15B toward NORWOOD. | 2.6 miles |
| 4. Turn SLIGHT RIGHT onto NEPONSET ST. | <0.1 miles |

End at 449 Neponset St, Norwood, MA 02062-4919 US



**Start:**
Wellesley, MA
02482-3725 US

**End:**
449 Neponset St
Norwood, MA
02062-4919 US

 

**Notes:**

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

Site Index | About | Partners | Advertise | Privacy Policy & Legal Notices © 2004 MapQuest.com, Inc. All rights