# **EXHIBIT D**

Yahoo!  My Yahoo!  Mail



Welcome, **jodiakos**
[Sign Out, My Account]

Search the web

# Yahoo! Maps Maps Home

Maps | Driving Directions Add Maps To My Yahoo! - Edit/Create My Locations

**Starting from:** A  962 Worcester St, Wellesley, MA 02482-3709 Save Address
**Arriving at:** B  449 Neponset St, Norwood, MA 02062-4919 Save Address
**Distance:** 14.7 miles   **Approximate Travel Time:** 23 mins

Get Reverse Directions

statefarm.com  **One-third of all crashes occur at intersections.
Where are the 10 most dangerous intersections in the U**

ⓘ We assumed that you meant **962 Worcester St**, instead of **962 Worcester Road**.

Text Only | Printable Version | Email Directions



Zoom In
1
2 street
3
4 city
5
6
7
8 state
9
10 country
Zoom Out

Clicking on Map:

◉ Zoom in & Re-Center

○ Re-Center Only

**Your Destination**

**Address:**
449 Neponset St
Norwood, MA 02062-4919

ⓘ We assumed that you meant **962 Worcester St**, instead of **962 Worcester Road**.

**Directions**                                                                 Show Turn by Turn Maps

| 1. | Start at **962 WORCESTER ST, WELLESLEY** going towards **DALE ST** - go **4.5 mi** |
|----|---|
| 2. | Take **RT-128 SOUTH** towards **CAPE COD/DEDHAM** - go **7.4 mi** |

| | |
|---|---|
| 3. | Take the **US-1 SOUTH** exit towards **NORWOOD**, exit #15B - go **0.2** mi |
| 4. | Continue on ramp - go **0.2** mi |
| 5. | Continue on **BOSTON PROVIDENCE PIKE** - go **1.0** mi |
| 6. | **BOSTON PROVIDENCE PIKE** becomes **US-1 SOUTH** - go **1.4** mi |
| 7. | Bear ®  on **NEPONSET ST** - go **0.1** mi |
| 8. | Arrive at **449 NEPONSET ST, NORWOOD** |

When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.

**Get New Driving Directions**

A **Enter starting address or select from My Locations**    B **Enter destination address or select from My Locations**

My Locations Edit    My Locations Edit
-- My Locations --    -- My Locations --

Address    Address
962 Worcester St    449 Neponset St

City, State or Zip    City, State or Zip
Wellesley, MA 02482-3709    Norwood, MA 02062-4919

Country    Country
United States    United States

Get Directions

Learn about Mobile Phone Directions

Copyright © 2004 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright Policy - Yahoo! Maps Terms of Use - Help - Ad Feedback