UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
JAGUAR CARS, A Division of the Ford  )
Motor Company,                        )
                                              )
      Plaintiff,                        )
                                              )  Civil Action No. 02CV12532RGS
      v.                               )
                                              )
LEE IMPORTED CARS, INC.,              )
                                              )
      Defendant.                        )
_____)

**NOTICE OF APPEARANCE**

    Please take notice that Brian M. Forbes hereby enters his appearance on behalf of Plaintiff Jaguar Cars, a Division of the Ford Motor Company, in the above-captioned matter.

                                        JAGUAR CARS, A DIVISION OF THE
                                        FORD MOTOR COMPANY,

                                        By its attorneys,

                                        /s/ Brian M. Forbes_____
                                        Sarah C. Kellogg (BBO # 637530)
                                              (skellogg@kl.com)
                                        Brian M. Forbes (BBO # 644787)
                                              (bforbes@kl.com)
                                        KIRKPATRICK & LOCKHART LLP
                                        75 State Street
                                        Boston, Massachusetts 02109
                                        (617) 261-3100

                                        John J. Sullivan (admitted *pro hac vice*)
                                              (jsullivan@kl.com)
                                        KIRKPATRICK & LOCKHART LLP
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        (212) 536-3900

Dated: June 2, 2004

## **CERTIFICATE OF SERVICE**

    I, Brian M. Forbes, hereby certify that on June 2, 2004, a true and accurate copy of the foregoing document was delivered by hand on all counsel of record.

                                               /s/ Brian M. Forbes
                                               Brian M. Forbes

BOS-679446 v1 0801015-0940