UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x

JAGUAR CARS, A Division of the Ford Motor Company,

            Plaintiff,

  - against -

LEE IMPORTED CARS, INC.,

            Defendant.

-----------------------------------------------------------x

Civ. No. 03CV12532RGS

**STIPULATION AND ORDER OF DISMISSAL OF REMAINING COUNTERCLAIMS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that (i) all of defendant's remaining counterclaims that were not dismissed by this Court's Memorandum and Order dated May 18, 2004, are hereby dismissed with prejudice and without costs to any party; and (ii) final judgment may now be entered in this action based on the Memorandum and Order dated May 18, 2004 and this stipulation and order.

Dated: July 25, 2005

| | |
|---|---|
| JAGUAR CARS, A DIVISION OF THE FORD MOTOR COMPANY, | LEE IMPORTED CARS, INC., d/b/a/ LEE JAGUAR, |
| By its attorneys, | By its attorneys, |
| _/s/ John Sullivan_ | _/s/ Jason Manekas_ |
| John J. Sullivan<br>Admitted Pro Hac Vice<br>599 Lexington Avenue<br>New York, New York 10022-6030<br>(212) 536-3900 | Jason A. Manekas, Esq.<br>BERNKOPF, GOODMAN & BASEMAN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110-1621<br>(617) 790-3000 |
| and | |

NY-371148 v2 0801015-0940

- 2 -

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Sarah C. Kellogg (BBO# 637530)
75 State Street
Boston, Massachusetts 02109
(617) 261-3100

Attorneys for Jaguar Cars, a Division
of the Ford Motor Company

SO ORDERED this ___ of July, 2005.

_____
UNITED STATES DISTRICT JUDGE